IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PINELLAS COUNTY, FLORIDA
CIVIL DIVISION
Case No.: 17-003648-CI-11

JEROME L. WATTS, and
LISA WATTS, his wife,

    Plaintiffs,

vs.

RED ROBIN INTERNATIONAL, INC.,
a Foreign Profit Corporation,
d/b/a RED ROBIN GOURMET BURGERS AND BREWS,

    Defendant.

## COMPLAINT

### COUNT I

    The Plaintiffs, JEROME L. WATTS and LISA WATTS, husband and wife, by and through the undersigned attorney, sue the Defendant, RED ROBIN INTERNATIONAL, INC., A Foreign Profit Corporation, d/b/a RED ROBIN GOURMET BURGERS AND BREWS, and allege as follows:

    1. This is an action for damages which exceed the sum of $15,000.00.

    2. At all times material hereto, the Plaintiffs were husband and wife residing in a common household in Clay, New York.

    3. At all times material hereto, the Defendant, RED ROBIN INTERNATIONAL, INC., was a foreign corporation duly organized and licensed to conduct business within the State of Florida as a restauranteur and did business under the fictitious name RED ROBIN GOURMET BURGERS AND BREWS, and owned and operated a restaurant located at 7982 Citrus Park Town Center, Tampa, Florida 33625, with



EXHIBIT A

WATTS vs. RED ROBIN
Cir.Civ. No._____

agents and representatives conducting said business on a regular basis in Hillsborough County and Pinellas County, Florida.

4. On or about July 11, 2015, the Plaintiff, JEROME L. WATTS, purchased a meal known as insane romaine, which included chicken, at the Defendant's aforementioned restaurant.

5. Upon being served the aforesaid meal, the Plaintiff, JEROME L. WATTS, consumed same and subsequently became violently ill.

6. At all times material hereto, the Defendant owed a duty to the Plaintiffs and others similarly situated to exercise reasonable care in the storage, preparation and cooking of the aforementioned food.

7. The Defendant breached its duty of care to the Plaintiffs in one or more of the following ways, each of which was a departure from the accepted standard of care:

    a) By serving food which was unwholesome and unfit for human consumption;

    b) By failing to sufficiently cook the aforementioned chicken;

    c) By failing to warn the Plaintiffs of the unwholesomeness and unfitness of the food in question;

    d) By failing to adequately inspect the aforementioned chicken before serving it.

WATTS vs. RED ROBIN
Cir.Civ. No._____

8. As a direct and proximate result of the aforementioned breach of duty by the Defendant as hereinabove alleged, the Plaintiff, JEROME L. WATTS, was injured in and about his body and extremities, suffered bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and/or aggravation of previously existing conditions. The losses are either permanent or continuing, and the Plaintiff, JEROME L. WATTS, will suffer the losses and impairments in the future.

WHEREFORE, the Plaintiff, JEROME L. WATTS, demands judgment against the Defendant and further demands a trial by jury on all issues.

### COUNT II

9. The Plaintiffs reaver each allegation of Paragraphs 1 through 7 of Count I herein.

10. At the time the aforementioned chicken consumed by the Plaintiff, JEROME L. WATTS, was placed into the stream of commerce by the Defendant, said items of food contained a defect or were in a defective condition unreasonably dangerous to foreseeable consumers, including the Plaintiff, JEROME L. WATTS, and thereby proximately caused said Plaintiff's injuries.

11. As a direct and proximate result of the aforementioned

-3-

WATTS vs. RED ROBIN
Cir.Civ. No._____

strict liability of the Defendant, as hereinabove alleged, the Plaintiff, JEROME L. WATTS, was injured in and about his body and extremities, suffered bodily injury and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and/or aggravation of previously existing conditions. The losses are either permanent or continuing, and the Plaintiff, JEROME L. WATTS, will suffer the losses and impairments in the future.

WHEREFORE, the Plaintiff, JEROME L. WATTS, demands judgment against the Defendant and further demands a trial by jury on all issues.

### COUNT III

12. The Plaintiffs reaver each allegation of Paragraphs 1 through 7 of Count I and 10 through 11 of Count II, herein.

13. As a direct and proximate result of the permanent personal injury sustained by the Plaintiff, JEROME L. WATTS, the Plaintiff, LISA WATTS, lost the consortium, companionship, sex, society and services of her husband, JEROME L. WATTS, while he was recuperating from the injuries sustained as a result of the negligence and strict liability of the Defendant. Said losses are either permanent or continuing and will be experienced in the future.

WATTS vs. RED ROBIN
Cir.Civ. No._____

WHEREFORE, the Plaintiffs, JEROME L. WATTS and LISA WATTS, demand judgment against the Defendant and further demand a trial by jury on all issues.

_____
DANIEL C. KASARIS, Esquire
KARIKAS & KASARIS, P.A.
3643 First Avenue North
St. Petersburg, Florida 33713
Attorney for Plaintiff
FBN: 0358827 / SPN: 0239451
Tel: 727-323-4533
Fax: 727-323-2719
CORRESPONDENCE EMAIL ONLY:
kklaw-pcarroll@tampabay.rr.com
SERVICE ONLY EMAIL:
legalservice@karikasandkasaris.net
legalservicepc@karikasandkasaris.net